# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America )<br>v. )<br>Jontravious Taylor )<br> )<br>Date of Original Judgment: 08/02/2023 )<br>Date of Previous Amended Judgment: N/A )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 7:22-CR-00038-001<br><br>USM No: 25727-510<br><br>Chauntilia Adaway<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  51  months **is reduced to**  46 .

When originally sentenced, Taylor's subtotal criminal history score was one (1). As he was under a criminal justice sentence at the time he committed the instant offense, two (2) points were added yielding a total score of three (3). This resulted in a Criminal History Category of II. However, retroactive Amendment 821, Part A of the *United States Sentencing Guidelines* provides that defendants with fewer than seven (7) criminal history points do not receive "status" points. Therefore, Taylor would not receive any additional points for being under a criminal justice sentence under the amended guidelines. Consequently, his total criminal history score would be one (1), his Criminal History Category would be I, and his guideline sentencing range would be 46 to 57 months.

A comparable sentence under the amended guideline sentencing range is a sentence of forty-six (46) months imprisonment. This sentence shall still be served consecutively to any term of imprisonment imposed in Colquitt County, Georgia Superior Court Case 20-CR-68.

Except as otherwise provided, all provisions of the judgment dated  08/02/2023  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  2/22/2024

s/Hugh Lawson
*Judge's signature*

Effective Date:  2/22/2024

Hugh Lawson, Senior U.S. District Judge
*(if different from order date)*   *Printed name and title*